**The relief described hereinbelow is SO ORDERED.**

**Signed October 03, 2017.**



_____
**Ronald B. King
Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JASON CRUZ TAKAI, | § | CASE NO. 17-51248-RBK |
| | § | |
| DEBTOR. | § | CHAPTER 13 |

**ORDER DISMISSING MOTION AS MOOT**

On this day came on to be considered the Trustee's *Objection to Claim #4* (ECF No. 16), and it appears to the Court that the Motion should be dismissed as moot.

It is, therefore, **ORDERED, ADJUDGED, AND DECREED** that the above-referenced *Objection to Claim* is hereby **DISMISSED AS MOOT**.

# # #