The relief described hereinbelow is SO ORDERED.

Signed November 06, 2017.



_____
Ronald B. King
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

IN RE:
Jason Cruz Takai

CASE NO: 17-51248 K
Chapter 13

**Debtor**

ORDER ON TRUSTEE'S AMENDED OBJECTION TO CLAIM OF
ARMY AND AIR FORCE EXCHANGE SERVICES
Court Claim Number: 4

**On this day, came onto be considered the Trustee's Amended** Objection to Claim of ARMY AND AIR FORCE EXCHANGE SERVICES and no response having been filed, the Court finds notice was proper and the Objection is sustained.

IT IS THEREFORE ORDERED, that the Trustee's Amended objection to the Claim of ARMY AND AIR FORCE EXCHANGE SERVICES in the amount of $7,690.19, filed on August 18, 2017, is granted.

Further, the Court finds the claim of Army and Air Force Exchange Services is allowed as a general unsecured claim pursuant to Plan. The Creditor may seek its in rem relief.

###

Debtor(s):
Jason Cruz Takai
2900 Red Tip Dr.
Cibolo, TX 78108

UNITED STATES TRUSTEE
P O BOX 1539
SAN ANTONIO, TX. 78295-1539

UNITED STATES BANKRUPTCY COURT
P O BOX 1439
SAN ANTONIO, TX. 78295-1439

AND TO THE CREDITORS AND PARTIES IN INTEREST LISTED BELOW:

ARMY & AIR FORCE EXCHANGE SERVICES
3911 S. WALTON WALKER BLVD.
ATTN:GC-G
DALLAS, TX  75236

BASS & ASSOCIATES PC
ATTN: CHRISTINA CABALLERO
3936 E FT LOWELL RD SUITE #200
TUCSON, AZ  85712

Prepared by:

MARY K. VIEGELAHN   P42327 (MI)
CHAPTER 13 TRUSTEE
mviegelahn@sach13.com
10500 Heritage Blvd, Ste. 201
San Antonio, TX  78216

ARMY & AIR FORCE EXCHANGE SERVICES
C/O BASS & ASSOCIATES, P.C.
3936 E. FT LOWELL ROAD, SUITE #200
TUCSON, AZ  85712

Attorney For Debtor(s)
MALAISE LAW FIRM
909 NE LOOP 410 STE 300
SAN ANTONIO, TX  78209